**Order entered April 3, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00195-CV

## IN RE MUAMAR ASAD SAYYED, Relator

**Original Proceeding from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-82405-07**

## ORDER NUNC PRO TUNC

Before Justices Bridges, Osborne, and Reichek

Based on the Court's opinion issued on April 3, 2020,[1] we **DENY** relator's

February 13, 2020 petition for writ of mandamus.

/s/    DAVID L. BRIDGES
       JUSTICE

---

[1] This nunc pro tunc is being entered to reflect April 3, 2020 as the correct date of issuance.